## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAMES COVINGTON, individually and                                           PLAINTIFF
on behalf of all others similarly situated

v.                                     No. 3:17CV00145 JLH

AMERICAN RAILCAR INDUSTRIES, INC.                                     DEFENDANT

### ORDER

The defendant's consent motion for extension of time to answer or otherwise respond to plaintiff's complaint is GRANTED. Document #6. The defendant will have an additional 30 days, up to and including August 30, 2017, to answer or otherwise respond to the complaint. The statute of limitations is tolled for any prospective opt-in plaintiffs for a period equal to the number of days between June 29, 2017, and the date the defendant answers or otherwise responds to the complaint.

IT IS SO ORDERED this 28th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE