# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAMES COVINGTON, individually and   PLAINTIFF
on behalf of all others similarly situated

v.   No. 3:17CV00145 JLH

AMERICAN RAILCAR INDUSTRIES, INC.   DEFENDANT

## ORDER

The joint motion to stay proceedings for a period of 90 days is GRANTED. Document #8.

IT IS SO ORDERED this 31st day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE