# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAMES COVINGTON, individually and                         PLAINTIFF
on behalf of all others similarly situated

v.                   No. 3:17CV00145 JLH

AMERICAN RAILCAR INDUSTRIES, INC.                       DEFENDANT

## **ORDER**

The joint motion to stay proceedings for an additional 45 days is GRANTED. Document #10.

IT IS SO ORDERED this 27th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE