IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES COVINGTON, individually and
on behalf of all others similarly situated                                                PLAINTIFF

v.                              No. 3:17CV00145 JLH

AMERICAN RAILCAR INDUSTRIES, INC.                                                        DEFENDANT

### ORDER

The joint motion to stay is GRANTED. Document #12. This action is stayed for an additional seven days.

IT IS SO ORDERED this 11th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE