# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES COVINGTON, individually and                                        PLAINTIFF
on behalf of all others similarly situated

v.                            No. 3:17CV00145 JLH

AMERICAN RAILCAR INDUSTRIES, INC.                                     DEFENDANT

## **ORDER**

Plaintiff's unopposed motion for extension of time to file final settlement papers is GRANTED. Document #16. The deadline for filing the final settlement papers for approval is extended up to and including May 7, 2018.

IT IS SO ORDERED this 1st day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE