# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES COVINGTON, individually and                                                         PLAINTIFF
on behalf of all others similarly situated

v.                                        No. 3:17CV00145 JLH

AMERICAN RAILCAR INDUSTRIES, INC.                                                         DEFENDANT

## ORDER

The motion to permit Tabitha G. Davisson to appear *pro hac vice* as co-counsel for the defendant in this action is GRANTED. Document #18.

IT IS SO ORDERED this 8th day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE